IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYNTHIA Y. SNODGRASS, ET AL                                             Plaintiffs

vs.                                      4:03-CV-866 JMM

CENTERPOINT ENERGY, INC., ET AL                                         Defendants

ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice. The Court retains complete jurisdiction for 90 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this 20th day of October, 2005.

UNITED STATES DISTRICT JUDGE